# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:11CR253-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | **ORDER ALLOWING GOVERNMENT** |
| v. ) | **TO CORRECT INDICTMENT** |
| ) | |
| (1)NAZIM HOSEIN and ) | |
| (2)SHERINA HOSEIN ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Correct Indictment" (Document No. 42) filed March 27, 2012. Having carefully considered the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS HEREBY ORDERED** that the United States be **ALLOWED** to correct the typographical errors in the Superseding Bill of Indictment (Document No. 38) and file a corrected indictment in this case.

**SO ORDERED**.

Signed: March 28, 2012

David C. Keesler
United States Magistrate Judge