IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-253

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) ) ) ) | ORDER |
| NAZIM HOSEIN (1) SHERINA HOSEIN (2) | ) ) ) | |

**THIS MATTER** is before the Court upon motion of the government to set the trial date in this case for June 11, 2012. (Doc. No. 59).

The Court finds that setting a date certain is in the interest of justice; however, the Court is not available to conduct the trial the week of June 11.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. Jury selection will begin on June 4, 2012, with the proof to follow immediately after.

The Clerk is directed to certify copies of this order to the defendants, counsel for the defendants, the United States Attorney, and the United States Marshal.

Signed: May 9, 2012

Robert J. Conrad, Jr.
Chief United States District Judge