IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-253

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | ORDER |
| NAZIM HOSEIN (1) | ) | |

**THIS MATTER** is before the Court upon motions of the defendant to dismiss for lack of jurisdiction. (Doc. Nos. 88, 103, 104, 115).

The Court previously denied similar pro se motions filed in violation of Local Criminal Rule 47.1. (Doc. No. 51). Because the defendant remains represented by counsel, the instant pro se motions will be denied as well.

**IT IS THEREFORE ORDERED** that the defendant's motions (Doc. Nos. 88, 103, 104, 115) are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 29, 2012

Robert J. Conrad, Jr.
Chief United States District Judge